FILED
 2014 Nov-10 PM 03:16
U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| PATRICK JAMES VENTURI, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:14-cv-00823-CLS-TMP |
| SCOTT BOYD, et al., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report on October 14, 2014, recommending that this action be dismissed with prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on October 24, 2014. A review of the objections shows them to be without merit.

Accordingly, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed with prejudice for failing to

state a claim upon which relief can be granted. A Final Judgment will be entered contemporaneously herewith.

DONE this 10th day of November, 2014.

/s/ Lynwood Smith
United States District Judge